IN THE SUPREME COURT OF THE STATE OF MONTANA

No. _____

| | | |
|---|---|---|
| IN THE MATTER OF AMENDING | ) | |
| RULES 23 AND 17, MONTANA | ) | O R D E R |
| RULES OF APPELLATE PROCEDURE | ) | |

_____

Commencing January 2, 2006, the Clerk of the Supreme Court will be implementing a new case management and docket control system. Integral to the operation of this system is the requirement that issues which the Court will be asked to decide be input into the system with specificity. Accordingly,

IT IS ORDERED that, effective January 1, 2006, Rules 23 and 17, M.R.App.P. are amended to add a subparagraph (j), as follows:

> For cases docketed in the office of the Clerk of the Supreme Court on and after January 2, 2006, an issue form, as set out in Form 3 to the Appendix of Forms, must be completed by counsel or the party, if *pro se*, and filed with the Clerk of the Supreme Court. Only appellants, cross-appellants, petitioners and cross-petitioners must file this form with their opening briefs or petitions. Persons filing briefs or petitions who fail to include the issue form with their briefs or petitions, will be mailed a copy of the form by the Clerk's office and are required complete and file the form within 5 working days following the date of filing. Failure to file the form may result in sanctions, including dismissal of the appeal or petition.

IT IS FURTHER ORDERED that the Clerk of this Court give notice of this Order, by mail to the Executive Director of the State Bar of Montana with the request that this Order be posted on the State Bar of Montana's website and published in the next available issue of *The Montana Lawyer*; to the State Law

1

Librarian with the request that this Order be posted to the State Law Library's website; and to the Pacific Reporter and Montana Reports.

DATED this 2nd day of November, 2005.

/S/ KARLA M. GRAY
/S/ JAMES C. NELSON
/S/ W. WILLIAM LEAPHART
/S/ PATRICIA O. COTTER
/S/ BRIAN MORRIS
/S/ JOHN WARNER
/S/ JIM RICE